UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80870-CIV-ROSENBAUM/SELTZER

MICHAEL A. HUDSON,

      Plaintiff,

vs.

CITY OF RIVIERA BEACH, *et al.*,

      Defendants.

_____/

### ORDER DENYING MOTION TO STRIKE

This matter is before the Court upon Defendants' Motion to Strike Plaintiff's Response to Defendants' Motion to Dismiss [D.E. 35]. Plaintiff, who is proceeding pro se and is required to file documents with the Clerk's office, was required to respond to Defendants' Motion to Dismiss by Friday, March 29, 2013. *See* D.E. 33. Plaintiff filed his response on Monday, April 1, 2013. D.E. 34. On the basis of this three-day tardiness (arguably one-day since the Clerk's office is closed on weekends), Defendants seek to strike Plaintiff's response brief. D.E. 35.

While Defendants are correct that deadlines are not merely aspirational and that procedural defaults are not excused merely because the defaulting litigant is appearing *pro se*, *id.* ¶ 4, it is well established that the Court disfavors remedies that circumvent the "strong preference that cases be heard on the merits." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). Although Plaintiff's minor delay is unexplained, Defendants have offered no hint—and the Court can discern none—that they have been unduly prejudiced in any way. Accordingly, striking Plaintiff's response would be a drastic remedy that would not serve either the ends of justice or judicial economy.

Of course, the Court cautions Plaintiff that its leniency goes only so far. *See Young v. City*

*of Palm Bay, Fla.*, 358 F.3d 859, 864 (11th Cir. 2004).  In the future, Plaintiff should be mindful of the Court's deadlines and procedural rules and should adhere to them or seek the leave of the Court in advance before departing from them.  Continued late filings or other procedural missteps may result in various sanctions, including, but not limited to, dismissal of Plaintiff's Complaint if warranted.

Accordingly, it is **ORDERED and ADJUDGED** that Defendants' Motion to Strike Plaintiff's Response to Defendants' Motion to Dismiss [D.E. 35] is **DENIED**.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 5th day of April 2013.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies to:
The Honorable Barry S. Seltzer

Counsel of record

Michael A. Hudson, *pro se*
180 NE 123rd Street
Miami, FL 33161